B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re: **Jeanne S. Huseby**, Debtor

Case No. **13-11232**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 246,891.00 | | |
| B - Personal Property | Yes | 3 | 166,389.84 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 137,254.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 92,475.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,660.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,660.53 |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| | | Total Assets | 413,280.84 | | |
| | | | Total Liabilities | 229,729.00 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## District of Massachusetts

In re   **Jeanne S. Huseby**                                                 ,          Case No.  **13-11232**
                                    Debtor
                                                                                        Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 3,660.53 |
| Average Expenses (from Schedule J, Line 18) | 3,660.53 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,332.47 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 92,475.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 92,475.00 |

B6F (Official Form 6F) (12/07)

In re **Jeanne S. Huseby**, Case No. **13-11232**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5477533176119017**<br><br>**Advanta Bank Corp**<br>**Po Box 31032**<br>**Tampa, FL 33631** | - | | **Opened 5/16/00 Last Active 1/22/10**<br>**Business Credit Card** | | | | **17,119.00** |
| Account No.<br><br>**All Data**<br>**9650 W. Taron Drive**<br>**Suite 100**<br>**Elk Grove, CA 95757** | - | | **BASSRA** | | | | **1,169.00** |
| Account No. **41-11359**<br><br>**Astro Automotive, Inc.**<br>**10 Kenwood Circle**<br>**Franklin, MA 02038** | - | | | | | | **355.00** |
| Account No. **41214**<br><br>**Auto Use**<br>**45 Haverhill Street**<br>**Andover, MA 01810** | - | | | | | | **19,479.00** |

___2___ continuation sheets attached

Subtotal (Total of this page)  **38,122.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeanne S. Huseby**                              ,    Case No.  **13-11232**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **546630190218**  <br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | - | | **Opened 4/11/01  Last Active 2/01/13**<br>**Credit Card** | | | | 403.00 |
| Account No. **518337985004**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | **Opened 3/22/85  Last Active 2/01/13**<br>**Credit Card** | | | | 5,091.00 |
| Account No. **22515**<br><br>**Dealer Services Corporation**<br>**1320 City Center Drive**<br>**Suite 100**<br>**Carmel, IN 46032** | - | | **Promissory Note** | | | | 28,780.00 |
| Account No. **DMAB87B42**<br><br>**Dealer Specialities**<br>**60 Overbrook Drive**<br>**Monroe, OH 45050** | - | | | | | | 1,939.00 |
| Account No. **601149944901**<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | - | | **Opened 1/29/87  Last Active 2/01/13**<br>**Credit Card** | | | | 5,121.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   41,334.00

In re **Jeanne S. Huseby**, Case No. **13-11232**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>James F. Bogle, CPA, PC<br>244 Willow Street<br>Yarmouth Port, MA 02675 | | - | Jeffrey David Pear, Inc. | | | | 2,675.00 |
| Account No. 8037<br><br>Napa Auto & Truck Parts<br>1313 Route 28<br>South Yarmouth, MA 02664 | | - | | | | | 1,611.00 |
| Account No. 4908987483<br><br>Rockland Trust<br>288 Union Street<br>Rockland, MA 02370 | | - | | | | | 6,137.00 |
| Account No. 14577<br><br>Town Fair Tire<br>1140 Iyannough Road<br>Hyannis, MA 02601 | | - | | | | | 1,988.00 |
| Account No. C1190996<br><br>W.B. Mason<br>P.O. Box 981101<br>Boston, MA 02298-3338 | | - | | | | | 608.00 |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **13,019.00**

Total (Report on Summary of Schedules) **92,475.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re  **Jeanne S. Huseby**                                                        Case No.  **13-11232**
                                              Debtor(s)                             Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES-AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 25, 2013**                       Signature  **/s/ Jeanne S. Huseby**
                                                          **Jeanne S. Huseby**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.