UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| JEANNE S. HUSEBY ) | Case No.:  13-11232 |
| Debtor, ) | |

# MOTION TO AMEND STATEMENT OF FINANCIAL AFFAIRS

Now comes the Debtor, Jeanne S. Huseby, through counsel and hereby requests this Honorable Court allow her to Amend Statement of Financial Affairs.   As reasons therefore, the debtor states as follows:

1.  The amended Statement of Financial Affairs accurately discloses 2013 YTD income.

WHEREFORE, Debtor, Jeanne S. Huseby, hereby requests the court allow her to amend Statement of Financial Affairs.

Respectfully Submitted,
The Debtor,
By Her Attorney,

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated:   March 26, 2013

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic e-mail and first class mail.

                                            /s/ Peter M. Daigle_____
                                            Peter M. Daigle, Esquire

Dated: March 26, 2013

Electronic Mail:

Donald Lassman, Chapter 7 Trustee
John Fitzgerald, Asst. U.S. Trustee

First Class Mail:

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Advanta Bank Corp
Po Box 31032
Tampa, FL 33631

All Data
9650 W. Taron Drive
Suite 100
Elk Grove, CA 95757

Astro Automotive, Inc.
10 Kenwood Circle
Franklin, MA 02038

Auto Use
45 Haverhill Street
Andover, MA 01810

Cap One
Po Box 85520

Richmond, VA 23285

Cape Cod 5 Ct Savings
Po Box 10
Orleans, MA 02653

Chase
Po Box 15298
Wilmington, DE 19850

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898

Dealer Services Corporation
1320 City Center Drive
Suite 100
Carmel, IN 46032

Dealer Specialities
60 Overbrook Drive
Monroe, OH 45050

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

James F. Bogle, CPA, PC
244 Willow Street
Yarmouth Port, MA 02675

Napa Auto & Truck Parts
1313 Route 28
South Yarmouth, MA 02664

Rockland Trust
288 Union Street
Rockland, MA 02370

Town Fair Tire
1140 Iyannough Road
Hyannis, MA 02601

W.B. Mason
P.O. Box 981101
Boston, MA 02298